## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



ALMA TORRES CAMACHO

      VS.                       CIVIL NO. 98-1560 (JAF)

DEPARTMENT OF JUSTICE,
COMMONWEALTH OF PUERTO RICO

### DESCRIPTION OF MOTION

DATE FILED: 7/19/99  DOCKET: 35  TITLE: MOTION TO PRECLUDE THE USE OF EXPERT WITNESSES

[ ] Plffs.  [X] Defts.

### O-R-D-E-R

The court will preclude the use of experts by plaintiff unless full compliance with the reporting requirements is effectuated **before September 16, 1999.**

**DOCKET DOCUMENT NO. 36,** filed July 19, 1999 by defendant, is **GRANTED.**

**DOCKET DOCUMENT NO. 37,** filed July 30, 1999 by plaintiff, is **NOTED.**

**DOCKET DOCUMENT NO. 38,** filed August 9, 1999 by counsel for defendant, is **NOTED.**

**DOCKET DOCUMENT NO. 39,** filed September 9, 1999 by plaintiff, is **NOTED.**

September 13, 1999
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE