IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALMA TORRES CAMACHO

    Plaintiff,

VS.                                               Civil No. 98-1560 (JAF)

DEPARTMENT OF JUSTICE, ET. AL.

    Defendant(s).

-----------------------------------

## JUDGMENT

Pursuant to verdict rendered by the jury on 12/06/99, finding on behalf of the Department of Justice, et. al., case is now dismissed.

                                            Rebecca Agostini-Viana
                                                Deputy Clerk



3